IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:24-cr-04023-RK-1 |
| ) | |
| JONATHAN JOVANI WONG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 25, 2025, Chief Magistrate Judge Willie J. Epps, Jr. issued his Report and Recommendation (Doc. 66) concluding that the Court should deny Defendant Jonathan Jovani Wong's Motion to Suppress Evidence and Statements (Doc. 39). Defendant filed an objection to the Report and Recommendation. (Doc. 67.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." After an independent, de novo review of the Defendant's objections and applicable law, the Court accepts the findings and recommendations made by Chief Magistrate Judge Willie J. Epps, Jr. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation of Chief Magistrate Judge Willie J. Epps, Jr. (Doc. 66) is **ADOPTED**. It is further

**ORDERED** that the Defendant's objections (Doc. 67) are **OVERRULED**. It is further

**ORDERED** that the Defendant Jonathan Jovani Wong's Motion to Suppress (Doc. 39) is **DENIED**.

**IT IS SO ORDERED.**

                                     s/ Roseann A. Ketchmark
                                      ROSEANN A. KETCHMARK, JUDGE
                                      UNITED STATES DISTRICT COURT

DATED: July 23, 2025